IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 3:08CR243-001 |
| | ) | |
| MARK E. O'BANNON, | ) | |
| | ) | |
| Defendant. | ) | |

**POSITION OF THE UNITED STATES WITH
RESPECT TO SENTENCING FACTORS**

The United States, by and through its undersigned counsel, hereby states, pursuant to the United States Sentencing Commission, Guidelines Manual, § 6A1.2, that it has no objection to the calculation of sentencing factors in the Presentence Investigation Report in the above-captioned case.

                        Respectfully submitted,
                        CHUCK ROSENBERG
                        UNITED STATES ATTORNEY

By:     _____/s/_____
                Roderick C. Young
                Assistant United States Attorney
                Virginia Bar Number 39679
                United States Attorney's Office
                Eastern District of Virginia, Richmond Division
                600 E. Main Street, Suite 1800
                Richmond, Virginia 23219
                804-819-5400
                804-771-2316 (f)
                roderick.c.young@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of October, 2008, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF filing system which will then send a notification of such filing (NEF) to counsel of record.

    John B. Russell, Jr., Esquire
    2621 Promenade Parkway, Suite 102
    Midlothian, Virginia 23113

    _____/s/_____
    Roderick C. Young
    Assistant United States Attorney
    Virginia Bar Number 39679
    United States Attorney's Office
    Eastern District of Virginia, Richmond Division
    600 E. Main Street, Suite 1800
    Richmond, Virginia 23219
    804-819-5400
    804-771-2316 (f)
    roderick.c.young@usdoj.gov